JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE BROWN,<br><br>    Plaintiff<br><br>v.<br><br>JENNIE STABILE, et al.,<br><br>    Defendants. | Case No. 2:19-cv-03353-JVS (GJS)<br><br>**ORDER RE PLAINTIFF'S FAILURE TO PAY FILING FEES AND DISMISSING ACTION** |

On June 4, 2019, the Court denied Plaintiff's request to file this action without prepayment of the filing fee and further ordered that: "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed." [Dkt. 5, "Order."] Plaintiff has failed to pay the filing fee for this action or otherwise respond. Accordingly, the Court ORDERS that this action be dismissed without prejudice for failure to comply with the Order and for failure to pay the filing fee.

**IT IS SO ORDERED.**

DATED: July 11, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE